UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Priority | |
| Send | |
| Enter | |
| Closed | |
| JS-5/JS-6 | |
| Scan Only | |

CASE NO.:  CV 17-01053 SJO (SKx)          DATE:  May 24, 2017

TITLE:  <u>Great American Insurance Company v. Air China Cargo Co. Ltd. et al</u>

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                              Not Present
Courtroom Clerk                                          Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                              Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the STIPULATION to Dismiss Case pursuant to FRCP 41(a)(1) filed by Plaintiff Great American Insurance Company [ECF # 17]. Accordingly, the Court Orders that this matter shall be dismissed pursuant to stipulation to dismiss. All matters scheduled for hearing are vacated.